

Jennifer Gusman, ET AL

VS  202212676 Division C

CSX Transportation Inc

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

**TO THE DEFENDANT: <u>CSX Transportation Inc, through its agent for service of process, CT Corporation, 3867 Plaza Tower Drive, Baton Rouge La  70816</u>**

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

[ × ] Certified copy of Original Petition    [ ] Certified copy of Amended Petition    [ × ] Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 22nd Judicial District Court located at 701 N. Columbia Street, Covington, Louisiana 70433 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.
    If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the petition.
B.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
C.  The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

By order of the Honorable Judges of said Court this   <u>15th day of June, 2022</u>

*Melissa R. Henry* Clerk of Court

BY:  *Kim Wetzel*
       Kim Wetzel, Deputy Clerk

Issued:  06/24/2022

Counsel or Pro Se:
Jack E. Truitt
Attorney at Law
149 N. New Hampshire Street
Covington, La 70433

Received on _____, 2022, and on _____, 2022 I served a true copy of
the within _____,
on _____ in person,
at domicile with _____,
in _____Parish, a distance of _____ miles from the Justice Center.

                                                   Deputy Sheriff
Parish of _____
                                    101 - Regular Citation Rev  2/22

A CERTIFIED TRUE COPY
Witness my signature and seal of office.

Attested by *Kim Wetzel*
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
         Kim Wetzel, Deputy Clerk

**EXHIBIT**
**A**
tabbies

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.                                                              DIVISION " "

JENNIFER GUSMAN AND DUDLEY VANDENBORRE

VERSUS

CSX TRANSPORTATION, INC.

> St. Tammany
> Melissa R. Henry - Clerk of Court
> Katie Gilly - Deputy Clerk
> Suit 2022-12676 C
> E-Filed on: 6/15/22 01:56 PM
> Filed on: 6/15/22 03:48 PM

FILED:_____          _____
                                              DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioners, JENNIFER GUSMAN and DUDLEY VANDENBORRE, both persons of the full age of majority, domiciled in St. Tammany Parish, State of Louisiana, who respectfully represent the following:

1.

Made defendant herein is:

A.   **CSX TRANSPORTATION, INC.,** who, upon information and belief, is a foreign company authorized to do and doing business in the State of Louisiana; and

2.

Defendant is indebted unto your petitioners, in an amount sufficient to invoke the jurisdiction of this Honorable Court, and for trial by jury, which amount is more than $10,000.00, exclusive of interest and costs.

3.

On August 10, 2021, at approximately 7:30 a.m., Jennifer Gusman was a guest passenger on a boat owned and operated by her father, Dudley Vandenborre. She was with her father, her husband, Gary Gusman, Jr., and a friend, Jace, fishing in the Rigolets, near the CSX Rigolets Pass Bridge. Suddenly and without warning, the boat struck a submerged object, which was an I-Beam that had been left in the water following the August 2021 repairs to the bridge owned and maintained by CSX Transportation, Inc. At the time of the impact, Ms. Gusman was in the middle of casting her reel. As a result of the boat striking the submerged object, Ms. Gusman sustained severe injuries to her neck and back. Mr. Vandenborre sustained property damages to his boat.

4.

Upon information and belief, at all times material hereto, the CSX Rigolets Pass Bridge, was owned and/or maintained by CSX Transportation, Inc. On the said date, defendant, CSX Transportation, Inc., had care, custody and control over the CSX Rigolets Pass Bridge.

5.

The sole and proximate cause of the accident was the negligence of the defendant, CSX Transportation, Inc., in the following respects:

1.      In allowing a dangerous and/or hazardous condition to exist in navigable waters;

2.      In failing to warn boaters of a dangerous condition which they knew or should have known existed;

3.      In negligently placing a submerged object in navigable waters without marking said object or notifying the appropriate authorities;

4.      Creating the hazard by placement of the I-Beam in navigable waters; and

5.      Any and all other acts of negligence, which may be revealed upon the trial of this matter, all of which acts are contrary to the law of the state of Louisiana, and are pled herein as if copied in extenso.

6.

Petitioners were in no way negligent nor did they breach any duty.

7.

Petitioner, Jennifer Gusman, suffered injuries, including but not limited to, her neck and back for which she is currently seeking medical treatment.

8.

Your petitioners pray for such damages as are reasonable in the premises, including such damages for past, present and future medical expenses; damages for past, present and future physical pain and suffering and mental anguish, pain and suffering; past, present and future lost wages; loss of academic opportunity; loss of earning potential; loss of revenue; loss of consortium; loss of enjoyment of life; property damages and for inconvenience.  Said damages exceed the requisite amount required for the jurisdiction of this Court.

10.

Petitioners reserve the right to amend this Petition at a later date should it be warranted by developments which become known in the future.

Petitioners pray for a trial by jury.

WHEREFORE, your petitioners pray that the defendant be duly cited and served with a copy of this Petition for Damages, and after all legal delays and due proceedings had and a trial by jury herein, that there be judgment herein in favor of petitioners, Jennifer Gusman and Dudley Vandenborre, for an amount deemed reasonable in the premises, and against defendant, CSX Transportation, Inc., together with attorney's fees, legal interest from the date of judicial demand until paid, and for all costs of these proceedings. Petitioners further pray for a trial by jury and all other general and equitable relief.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
MICHELLE MAYNE DAVIS, BAR NO. 23027
LAUREN A. DUNCAN, BAR NO. 37105
KAYLIN K. STOREY, BAR NO. 39721
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Jennifer Gusman
and Dudley Vandenborre

**PLEASE SERVE:**

CSX Transportation, Inc.
*Through its agent for service of process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

A CERTIFIED TRUE COPY
Witness my signature and seal of office.

Attested by
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Kim Wetzel, Deputy Clerk

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.                                             DIVISION " "

JENNIFER GUSMAN AND DUDLEY VANDENBORRE

VERSUS

CSX TRANSPORTATION, INC.

St. Tammany
Melissa R. Henry - Clerk of Court
Katie Gilly - Deputy Clerk
Suit 2022-12676 C
E-Filed on: 6/15/22 01:56 PM
Filed on: 6/15/22 03:48 PM

FILED:_____        _____
                                     DEPUTY CLERK

## REQUEST FOR NOTICE

PURSUANT TO Articles 1913, 1914 and 1572 of the Louisiana Code of Civil Procedure,

plaintiffs, Jennifer Gusman and Dudley Vandenborre, hereby request that they be given written

notice of the date of trial, as well as written notice of each rendition by the Court of any Judgment,

and/or Interlocutory Order entered in the above entitled and numbered case.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
MICHELLE MAYNE DAVIS, BAR NO. 23027
LAUREN A. DUNCAN, BAR NO. 37105
KAYLIN K. STOREY, BAR NO. 39721
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Jennifer Gusman
and Dudley Vandenborre

A CERTIFIED TRUE COPY
Witness my signature and seal of office.

Attested by
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Kim Wetzel, Deputy Clerk

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.                                           DIVISION " "

JENNIFER GUSMAN AND DUDLEY VANDENBORRE

VERSUS

CSX TRANSPORTATION, INC.

St. Tammany
Melissa R. Henry - Clerk of Court
Katie Gilly - Deputy Clerk
Suit 2022-12676 C
E-Filed on: 6/15/22 01:56 PM
Filed on: 6/15/22 03:48 PM

FILED:_____        _____
                                        DEPUTY CLERK

## JURY ORDER

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734, *et seq.*, movers, Jennifer Gusman and Dudley Vandenborre, shall post a jury bond in the amount of $_____. The jury bond shall be filed with the Clerk of Court within _____days prior to trial.

The jury bond will bind mover unto the Clerk of Court in the amount of $_____, for the payment of all costs of the trial by jury in the above cause.

Covington, Louisiana, this___ 24 ___ day of ___June___, 2022.

_____
                JUDGE

THE AMOUNT AND TIME FOR
FILING JURY COST BOND
WILL BE FIXED WHEN THE
CASE IS SET FOR TRIAL.

A CERTIFIED TRUE COPY
Witness my signature and seal of office.

Attested by_____
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Kim Wetzel, Deputy Clerk

**Jennifer Gusman, ET AL**

**VS  202212676 Division C**

**CSX Transportation Inc**

**22ⁿᵈ Judicial District Court**

**Parish of St. Tammany**

**State of Louisiana**

**TO THE DEFENDANT:  <u>CSX Transportation Inc, through its agent for service of process, CT Corporation, 3867 Plaza Tower Drive, Baton Rouge La  70816</u>**

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

[X] Certified copy of Original Petition    [ ] Certified copy of Amended Petition    [X] Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 22ⁿᵈ Judicial District Court located at 701 N. Columbia Street, Covington, Louisiana 70433 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.
    If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the petition.
B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
C.  The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

By order of the Honorable Judges of said Court this   <u>15th day of June, 2022</u>

*Melissa R. Henry* Clerk of Court

BY: _____

Kim Wetzel, Deputy Clerk

Issued:  06/24/2022

**Counsel or Pro Se:**
Jack E. Truitt
Attorney at Law
149 N. New Hampshire Street
Covington, La 70433

Received on _____, 2022, and on _____, 2022 I served a true copy of the within _____,
on _____ in person,
at domicile with _____,
in _____ Parish, a distance of _____ miles from the Justice Center.

_____
                                            Deputy Sheriff
Parish of _____

101 - Regular Citation Rev  2/22



*Melissa R. Henry*

**CLERK OF COURT**
**22ⁿᵈ Judicial District Court**
**Parish of St. Tammany**

June 24, 2022

East Baton Rouge Parish Sheriff's Office
Attn.: Civil Department
P.O. Box 3277
Baton Rouge, La. 70821


Re:     Jennifer Gusman, ET AL
        VS. 202212676 Division C
        CSX Transportation Inc

Dear Sir:

Enclosed please find a citation to be served on the following:

| Name: | Address: |
|-------|----------|
| CSX Transportation thru agent CT Corp. | 3867 Plaza Tower Drive  Baton Rouge La  70816 |


Please find a check in the amount of $_____ payable to you for your services, along with a check in the amount of $_____ payable to the Secretary of State.

After service has been made, please mail your return to this office.

Sincerely,

*Kim Wetzel*

Kim Wetzel
Deputy Clerk

June 24, 2022

Jack E. Truitt
Attorney at Law
149 North New Hampshire St
Covington La  70433


Re:     Jennifer Gusman, ET AL
        vs. 202212676 Division C
        CSX Transportation Inc

Dear Counsel or Self Represented Litigant:

This office has recently received a request for notice filed by your office.  Please be advised that
the duties of the Clerk of Court regarding a request for notice are set forth in Louisiana Code of
Civil Procedure Articles 1571, 1572, 1913, 1914 and 2596 and local rule 9:14.

Under the foregoing articles, this office is required to provide you with a notice of trial, a notice
of setting of a hearing in a summary proceeding, a notice of final judgment, including a partial
final judgment, and notice of the rendition of an interlocutory order or judgment.

**Please be advised that these are the only notices that this office will provide.**


Sincerely,

Kim Wetzel
Deputy Clerk

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.                                                                    DIVISION " "

JENNIFER GUSMAN AND DUDLEY VANDENBORRE

VERSUS

CSX TRANSPORTATION, INC.

St. Tammany
Melissa R. Henry - Clerk of Court
Katie Gilly - Deputy Clerk
Suit 2022-12676 C
E-Filed on: 6/15/22 01:56 PM
Filed on: 6/15/22 03:48 PM

FILED:_____        _____
                                                   DEPUTY CLERK

## REQUEST FOR NOTICE

PURSUANT TO Articles 1913, 1914 and 1572 of the Louisiana Code of Civil Procedure,

plaintiffs, Jennifer Gusman and Dudley Vandenborre, hereby request that they be given written

notice of the date of trial, as well as written notice of each rendition by the Court of any Judgment,

and/or Interlocutory Order entered in the above entitled and numbered case.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
MICHELLE MAYNE DAVIS, BAR NO. 23027
LAUREN A. DUNCAN, BAR NO. 37105
KAYLIN K. STOREY, BAR NO. 39721
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Jennifer Gusman
and Dudley Vandenborre



**—THE—**
**TRUITT LAW FIRM**
**LLC**
KNOWING BOTH SIDES OF THE CASE: IT'S WHY WE WIN!
NEW ORLEANS, LOUISIANA

149 NORTH NEW HAMPSHIRE STREET
COVINGTON, LOUISIANA 70433-3235
TELEPHONE: (985) 327-5266
FACSIMILE: (985) 327-5252

NEW ORLEANS OFFICE:
433 METAIRIE ROAD, SUITE 209
METAIRIE, LOUISIANA 70005
TELEPHONE: (504) 831-3393

REPLY TO COVINGTON OFFICE

Writer's Email:
btruitt@truittlaw.com

June 15, 2022

***Via E-File***
Clerk of Court
22ⁿᵈ JDC for St. Tammany
Post Office Box 1090
Covington, Louisiana 70434

| St. Tammany |
| --- |
| Melissa R. Henry - Clerk of Court |
| Katie Gilly - Deputy Clerk |
| Suit 2022-12676 C |
| E-Filed on: 6/15/22 01:56 PM |
| Filed on: 6/15/22 03:48 PM |

Re:     Jennifer Gusman and Dudley Vandenborre v. CSX Transportation, Inc.
         New Suit - Petition for Damages
         DOA: August 10, 2021

Dear Clerk:

        Enclosed please find a Petition for Damages, Request for Notice, Jury Order, Interrogatories, and Requests for Production of Documents, in connection with the above captioned litigation. Please file the original into the record. Also, please prepare one (1) copy for service as follows:

                    CSX Transportation, Inc.
                 *Through its agent for service of process:*
                    CT Corporation System
                    3867 Plaza Tower Drive
                 Baton Rouge, Louisiana 70816

        Thank you very much for your anticipated attention to this matter. If you should have any questions, please do not hesitate to contact us.

                                With kindest regards,

                                JACK E. TRUITT

JET/kdo
Enclosures

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.                                                      DIVISION "    "

JENNIFER GUSMAN AND DUDLEY VANDENBORRE

VERSUS

CSX TRANSPORTATION, INC.

> St. Tammany
> Melissa R. Henry - Clerk of Court
> Katie Gilly - Deputy Clerk
> Suit 2022-12676 C
> E-Filed on: 6/15/22 01:56 PM
> Filed on: 6/15/22 03:48 PM

FILED:_____          _____
                                                   DEPUTY CLERK

## **INTERROGATORIES**

PLEASE TAKE NOTICE that you are hereby notified and required to answer, separately, fully, in writing, and under oath, these Interrogatories and provide these answers to Jack E. Truitt, The Truitt Law Firm, 149 North New Hampshire St., Covington, Louisiana, 70433, within the applicable delays allowed by law.  **Your answers to Interrogatories must be accompanied by a Verification signed by you, stating that your answers to these Interrogatories are true and correct, and have been made under oath.  Failure to attach said Verification will necessitate the preparation and filing of a Motion to Compel, including, but not limited to, a request for sanctions.**

These Interrogatories, and the answers thereto, are deemed to be continuing and supplementation of answers is required as new information becomes known to you or your attorney.

INTERROGATORY NO. 1

Please provide the names, addresses and titles of all CSX Transportation, Inc. personnel and employees who were working on repairs of the CSX Rigolets Pass Bridge in July – August 2021.   Please   indicate   which   employee/employees   were   responsible   for maintaining/discarding/repairing the I-Beam that caused the instant accident.

INTERROGATORY NO. 2

Please state the name, address, place of employment and job title or capacity of all persons known to CSX Transportation, Inc. or its attorneys who witnessed the accident in question or who came upon the scene of the accident after its occurrence, or who have or purport to have any

knowledge regarding the facts and circumstances surrounding the happening of the accident in question herein.

INTERROGATORY NO. 3

Were any statements, written or otherwise, obtained from the plaintiffs or anyone interviewed or questioned by or on behalf of CSX Transportation, Inc. in connection with the accident in question? If so, please provide the names and addresses of each person who obtained the statement and the names and addresses of each person from whom the statement was obtained.

INTERROGATORY NO. 4

Please state the names and addresses of any and all witnesses whom CSX Transportation, Inc. may or will call at the time of trial of this matter, providing a brief summary of the facts or allegations which CSX Transportation, Inc. intends to establish thereby.

INTERROGATORY NO. 5

Please state whether or not any photographs, slides, motion pictures, videos, blueprints, diagrams and/or any other type of drawings or sketches were made, taken or prepared by or on behalf of CSX Transportation, Inc. of the accident scene and the surrounding area. If so, please state:

a.   When any such documents were made, taken or prepared;

b.   The name and address of each party who made, took or prepared any of same; and

c.   The name and address of each party who presently has possession of same.

INTERROGATORY NO. 6

Please identify any and all exhibits you may use at the trial of this matter.

INTERROGATORY NO. 7

Please state the name, address and qualifications of each expert whom CSX Transportation, Inc. expects to call as an expert witness at the trial of this matter, the subject matter which the expert expects to testify and attached a copy of any report, including factual observations, opinions, notes, diagrams, etc. which have been prepared by any expert.

INTERROGATORY NO. 8

Please state whether or not CSX Transportation, Inc. has a copy of any statement which the plaintiffs previously made concerning the instant accident or its subject matter and who is in the possession, custody or control of said statement.

For the purpose of this question, a statement previously made is 1) a written statement signed or otherwise adopted or approved by the person making it, or 2) a stenographic, mechanical, electrical or other recording or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

INTERROGATORY NO. 9

Was an investigation made by or on behalf of CSX Transportation, Inc. as a result of the accident in question?  If so, for each investigation, please state:

    a.      The date and time it occurred;

    b.      The name, address and job title of each person who conducted such; and

    c.      Whether any investigative reports were made of it and, if so, the name and address of the person who has custody of such reports.

INTERROGATORY NO. 10

Has any other accident occurred in the same area as, or in a similar manner to, the accident made subject herein?  If so, for each accident, please state:

    a.      The date and time it occurred;

    b.      A description of how it occurred;

    c.      The name and address of the person to whom it occurred;

    d.      The location in which it occurred; and

    e.      Whether any safety precautions were taken as a result of such accident and, if so, a description of such safety precaution.

INTERROGATORY NO. 11

Plaintiffs allege that the boat struck a submerged object, which was an I-Beam that had been left in the water, which caused property damages and personal injuries.  Does CSX Transportation, Inc. contend that the submerged I-Beam and collision with the boat did not cause property damages and injuries to the plaintiffs?  If so, please state the following:

    a.      What do you contend caused plaintiffs injuries;

    b.      What do you contend caused plaintiffs property damages; and

    c.      On what facts you base such contention.

INTERROGATORY NO. 12

Was CSX Transportation, Inc. or its employees aware of the submerged I-Beam that was

left in the water prior to the accident in question?  If so, for each person who was aware of the submerged I-Beam that was left in the water, state the following:

    a.     His or her name;

    b.     The circumstances from which he or she received such notice;

    c.     A description of the notice received;

    d.     The time and place he or she received such notice;

    e.     Were there any persons who informed him or her of its presence and if so, the name and address of each person who informed him or her; and

    f.     Whether he or she took any action as a result of such notice and, if so, a description of the action that was taken and the time in which it was taken.

<u>INTERROGATORY NO. 13</u>

Was any warning given to plaintiffs or any other person concerning any danger in the area where the accident occurred?  If so, for each warning, please state:

    a.     A description of or the substance of the warning that was given;

    b.     The name and address of the person who gave the warning;

    c.     The name and address of each person to whom it was given;

    d.     The form in which it was given; and

    e.     The reason it was given.

<u>INTERROGATORY NO. 14</u>

Please state the name, address, and telephone number of any and all persons having knowledge of the accident herein.

<u>INTERROGATORY NO. 15</u>

If you contend that anyone other than yourself was responsible for this accident, please identify that person or persons by name, address, and telephone number and give the reasons why you believe said person or persons to be at fault.

<u>INTERROGATORY NO. 16</u>

Have you put plaintiffs under surveillance?

<u>INTERROGATORY NO. 17</u>

If the answer to Interrogatory number 16 is yes, please identify by name, address, and telephone number the person or persons performing the surveillance, as well as the dates that any

surveillance was performed.

## INTERROGATORY NO. 18

If you contend plaintiff's injuries from this accident were pre-existing, please state when you claim plaintiff was previously injured and/or how plaintiff was injured.

## INTERROGATORY NO. 19

For your answer to Interrogatory Number 18, please state the health care provider, doctor, and/or institution who treated plaintiff for the alleged pre-existing injuries and/or to whom plaintiff complained about the alleged pre-existing injuries.

## INTERROGATORY NO. 20

If you contend plaintiff aggravated any injuries from this accident in a subsequent accident, please state the date of injuries, describe the injuries, and give the health care provider to whom plaintiff complained about the subsequent injuries.

## INTERROGATORY NO. 21

Please identify by name, address, and telephone number any and all persons from whom you or any person or entity acting on your behalf took statements regarding the accident made the basis of this lawsuit.

## INTERROGATORY NO. 22

Please identify the person or persons supplying the information necessary to respond to these Interrogatories by stating their name, address and relationship to the defendant.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
MICHELLE MAYNE DAVIS, BAR NO. 23027
LAUREN A. DUNCAN, BAR NO. 37105
KAYLIN K. STOREY, BAR NO. 39721
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Jennifer Gusman
and Dudley Vandenborre

**PLEASE SERVE WITH PETITION FOR DAMAGES**

TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.                                                                    DIVISION " "

JENNIFER GUSMAN AND DUDLEY VANDENBORRE

VERSUS

CSX TRANSPORTATION, INC.

FILED:_____          _____
                                                        DEPUTY CLERK

## REQUESTS FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that you are hereby notified and required to produce and permit

for inspection and copying the following documents and things at the office of Jack E. Truitt, The

Truitt Law Firm, 149 North New Hampshire St., Covington, Louisiana, 70433, within the

applicable delays allowed by law. **Your responses to these Requests for Production of**

**Documents must be accompanied by a Verification signed by you, stating that your responses**

**to these Requests for Production of Document are true and correct, and have been made**

**under oath. Failure to attach said Verification will necessitate the preparation and filing of**

**a Motion to Compel, including, but not limited to, a request for sanctions.**

These Requests, and the responses thereto, are deemed to be continuing and

supplementation of responses is required as new information becomes known to you or your

attorney.

REQUEST NO. 1

A certified, true copy of each policy, contract and/or agreement of insurance and/or

indemnification which would afford CSX Transportation, Inc. coverage for claims of the nature

asserted herein by plaintiffs, whether primary, excess or umbrella policies.

REQUEST NO. 2

A copy of any statement previously made by any person, whether a party or not, concerning the instant accident or its subject matter and which is in the possession, custody or control of defendant.

For the purpose of this question, a statement previously made is 1) a written statement signed or otherwise adopted or approved by the person making it, or 2) a stenographic, mechanical, electrical or other recording or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

REQUEST NO. 3

Copies of any and all photographs, slides, motion pictures, videos, blueprints, diagrams and/or any other type of drawings or sketches that were made, taken or prepared by or on behalf of the defendant, of the accident scene and the surrounding area.

REQUEST NO. 4

Copies of any and all photographs, slides, motion pictures, videos, blueprints, diagrams and/or any other type of drawings or sketches that were made, taken or prepared by or on behalf of the defendant, of the plaintiffs.

REQUEST NO. 5

Copies of any and all documents which reflect CSX Transportation, Inc.'s company policies and/or procedures for repairs and maintenance of the CSX Rigolets Pass Bridge.

REQUEST NO. 6

Copies of any and all investigative reports made by or on behalf of the defendant subsequent to the accident in question.

REQUEST NO. 7

Copies of any and all timecards, personnel records and logs, or any other similar documents evidencing which CSX Transportation, Inc. employees were working on the CSX Rigolets Pass Bridge repairs in July – August 2021 and their respective area of assignment.

REQUEST NO. 8

Copies of any and all exhibits you may or will use at the trial of this matter.

REQUEST NO. 9

Any and all medical records you may use at trial for impeachment purposes and/or medical records which you claim reflect any injuries from this accident which were pre-existing.

REQUEST NO. 10

Any and all records that show plaintiff complained of pain to the areas injured herein <u>before</u> the accident herein.  Please attach only the page with the complaint and the source of the record.

REQUEST NO. 11

Any and all medical records you may use at trial for impeachment purposes and/or which you claim reflect any injuries from this accident which were aggravated by a subsequent injury or accident.

REQUEST NO. 12

Any and all medical records you have in your possession with regard to plaintiffs.

REQUEST NO. 13

Any and all unprivileged documents received by you from any source concerning this litigation.

REQUEST NO. 14

Any and all photographs, slides, motion pictures, and/or video of the parties, boat, and/or I-Beam involved herein.

REQUEST NO. 15

Any and all photographs, slides, motion pictures and/or video of plaintiffs.

REQUEST NO. 16

Produce surveillance, reports of surveillance, and invoices for services rendered.

Respectfully submitted,

THE TRUITT LAW FIRM
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
MICHELLE MAYNE DAVIS, BAR NO. 23027
LAUREN A. DUNCAN, BAR NO. 37105
KAYLIN K. STOREY, BAR NO. 39721
149 North New Hampshire Street

Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Jennifer Gusman and
Dudley Vandenborre

**PLEASE SERVE WITH PETITION FOR DAMAGES**
TWENTY-SECOND JUDICIAL DISTRICT COURT FOR ST. TAMMANY PARISH

STATE OF LOUISIANA

NO.                                                        DIVISION "    "

JENNIFER GUSMAN AND DUDLEY VANDENBORRE

VERSUS

CSX TRANSPORTATION, INC.

FILED:_____          _____
                                                        DEPUTY CLERK

**<u>VERIFICATION</u>**

BEFORE ME, the undersigned authority, after having first been duly sworn to testify to the truth, personally came and appeared:


who, after having been first duly sworn to testify to the truth, does verify that the attached Answers to Interrogatories and Responses to Requests for Production of Documents are true and correct.

This _____ day of _____, 2022.

WITNESSES:

_____          _____


_____


SWORN TO AND SUBSCRIBED

BEFORE ME THIS _____ DAY

OF _____, 2022.

_____

NOTARY PUBLIC

Division C

# Case Summary

### Case No. 202212676

| | | | | |
|---|---|---|---|---|
| **JENNIFER GUSMAN vs. CSX TRANSPORTATION INC** | § | | Location: | **Division C** |
| | § | | Judicial Officer: | **Swartz, Richard A.** |
| | § | | Filed on: | **06/15/2022** |

---

## Case Information

| | |
|---|---|
| Case Type: | Damages |
| Case Status: | **06/15/2022   Filed** |

---

## Assignment Information

**Current Case Assignment**
Case Number      202212676
Court                   Division C
Date Assigned     06/15/2022
Judicial Officer   Swartz, Richard A.

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **GUSMAN, JENNIFER** | **TRUITT, JACK E.**<br>*Retained*<br>149 NORTH NEW HAMPSHIRE ST<br>COVINGTON, LA 70433<br>btruitt@truittlaw.com |
| | **VANDENBORRE, DUDLEY** | |
| **Defendant** | **CSX TRANSPORTATION INC** | |

---

## Case Events

06/27/2022   East Baton Rouge Parish Sheriff Service and Mileage Fee
                     *CSX TRANSPORTATION THRU CT CORP*
                     Filing Party:   Plaintiff GUSMAN, JENNIFER
                     Created:   06/27/2022 11:20 AM

06/24/2022
                     Document Signed by Judge      (Judicial Officer: Zaunbrecher, Alan A.)
                     *jury order*
                     Created:   06/24/2022 3:05 PM

06/24/2022   Document Sent to Judge for Signature      (Judicial Officer: Zaunbrecher, Alan A.)
                     *jury order*
                     Created:   06/24/2022 7:53 AM

06/24/2022   Conformed Copies
                     *x6*
                     Filing Party:   Plaintiff GUSMAN, JENNIFER
                     Created:   06/24/2022 3:39 PM

06/24/2022   Postage
                     *x2 1@.53 1@2.16=2.69*
                     Filing Party:   Plaintiff GUSMAN, JENNIFER
                     Created:   06/24/2022 3:39 PM

Division C

# Case Summary

### Case No. 202212676

| | |
|---|---|
| 06/24/2022 | Photo Copies of eFiled Documents |
| | *x17* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/24/2022 3:38 PM |
| 06/24/2022 | Certified Copies |
| | *x4* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/24/2022 3:39 PM |
| 06/24/2022 | Letter to Attorney - Request for Notice |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/24/2022 3:11 PM |
| 06/24/2022 | Sheriff's Letter (Out of Parish List) |
| | *EBR* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/24/2022 3:10 PM |
| 06/24/2022 | Citation (Related Service Required) |
| | *x1* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/24/2022 3:10 PM |
| 06/15/2022 | Letter from Attorney: File Pleading |
| | *1 PG* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/15/2022 5:19 PM |
| 06/15/2022 | Civil Cover Sheet - "Part G" - R.S. 13:4688 |
| | Created:   06/15/2022 5:19 PM |
| 06/15/2022 | Request for Notice |
| | *1 PG* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/15/2022 5:16 PM |
| 06/15/2022 | Order |
| | *JURY ORDER 1 PG* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/15/2022 5:17 PM |
| 06/15/2022 | Petition |
| | *DAMAGES 3 PG (JURY TRIAL)* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/15/2022 5:15 PM |
| 06/15/2022 | Interrogatories |
| | *5 pg* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/21/2022 4:37 PM |
| 06/15/2022 | Request for Production of Documents |
| | *5 pg* |
| | Filing Party:   Plaintiff GUSMAN, JENNIFER |
| | Created:   06/21/2022 4:37 PM |

## Service Events

**Division C**

## Case Summary

### Case No. 202212676

06/24/2022   **Citation (30 Day)** Requested by: GUSMAN, JENNIFER
CSX TRANSPORTATION INC
Unserved
Anticipated Server: East Baton Rouge Parish Sheriff's Office
*CSX Transportation Inc. thru agent CT Corp-EBR*
Created:   06/24/2022 3:11 PM

---

## Financial Information

---

**Plaintiff**   GUSMAN, JENNIFER
**Case Escrow Balance as of 8/3/2022**                                    203.56